# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: TRUST ESTABLISHED UNDER : No. 167 WAL 2022
AGREEMENT OF SARAH MELLON :
SCAIFE, DECEASED, DATED MAY 9, 1963 :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
PETITION OF: PNC BANK, N.A. :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.